IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BAYER MATERIALSCIENCE LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:08-cv-01464-GLL ) ) |
| ZOMAX, INC., | ) ) |
| Defendant. | ) |

## ORDER OF COURT

The Court having considered the PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (the "Motion"), and having considered any and all responses, replies and other matters of record in this action, and having determined that good and adequate cause exists for the relief requested in the Motion, and having determined that no genuine issue of material fact exists, and that Plaintiff is entitled to judgment in its favor as a matter of law;

**IT IS HEREBY ORDERED** that the Motion is granted in its entirety and judgment in favor of Plaintiff, Bayer MaterialScience LLC in the amount of $699,814.08 plus accrued and accruing interest and any other applicable charges, including collections costs, attorneys' fees and court costs, and against Defendant, Zomax, Inc., is granted.

Dated: 2/26, 2009

JUDGE GARY L. LANCASTER